Rakhee V. Patel – SBT #00797213
Annmarie Chiarello – SBT #24097496
Kasey Ratliff – SBT #24041751
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone:  (214) 745-5400
Facsimile:   (214) 745-5390

- and –

Laura J. Thetford – SBT #24098509
401 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone: (512) 370-2861
Facsimile: (512) 370-2850

**ATTORNEYS FOR HC-7502 GREENVILLE AVENUE, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **WALNUT HILL PHYSICIANS'** | § | **Case No. 17:32255-bjh-7** |
| **HOSPITAL, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **SCOTT M. SEIDEL, TRUSTEE,** | § | **Adversary Proceeding No. 18-03219-bjh** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **HC-7502 GREENVILLE AVENUE, LLC,** | § | |
| **AND CAPITAL ONE, N.A.,** | § | |
| | § | |
| Defendants. | § | |

_____

## MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), which is made applicable to this Adversary Proceeding by Federal Rule of Bankruptcy Procedure 7012(b), Defendant HC-7502 Greenville Avenue, LLC (the "Landlord") files this *Motion to Dismiss Complaint* (the "Motion") and would show the following:

1. Each of the items required by Local Rule 7007-1 are set forth in Landlord's *Brief in Support of Motion to Dismiss Complaint* (the "Brief").

2. For the reasons set forth in the Brief, which are incorporated herein by reference, the Court should grant this Motion and dismiss the *Complaint* (the "Complaint") [Docket No. 1].

**WHEREFORE, PREMISES CONSIDERED**, HC-7502 Greenville Avenue, LLC respectfully requests that the Court: (i) grant the Motion; (ii) dismiss the Complaint for the reasons set forth in the Brief; and (ii) grant HC-7502 Greenville Avenue, LLC such further relief as is just and proper both at law and in equity.

**DATED: August 28, 2018**

Respectfully submitted,

By:/s/ *Rakhee V. Patel*
Rakhee V. Patel – SBT #00797213
Annmarie Chiarello – SBT #24097496
Kasey Ratliff – SBT #24041751
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390

- and –

Laura J. Thetford – SBT #24098509
401 Congress Avenue, Suite 2100
Austin, Texas 78701

                                        Telephone: (512) 370-2861
                                        Facsimile: (512) 370-2850

**ATTORNEYS FOR HC-7502 GREENVILLE AVENUE, LLC**

### CERTIFICATE OF SERVICE

     I hereby certify that on August 28, 2018, a true and correct copy of the foregoing was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case.

                                        */s/ Annmarie Chiarello*
                                        Annmarie Chiarello